# EXHIBIT 16


**Volunteers of America**
GREATER LOS ANGELES

July 24, 2019

The Honorable Indira Talwani
United States District Judge
1 Courthouse Way
Boston, MA 02210

Dear Judge Indira Talwani,

This letter pertains to the important volunteer work that Stephen Semprevivo has
been doing and is proposing to do at Volunteers of America Los Angeles. VOALA has
a long history of working with court referrals and will provide all
necessary/required documentation of hours and scope of work. Stephen will bring
an enormous amount of value to us. It is hard to find someone like Stephen from the
private sector who has his level of experience and is available to a nonprofit like
ours.

Volunteers of America of Los Angeles (VOALA) is the largest affiliate of the VOA
charity that provides services for the poor and the needy nationwide. VOALA was
founded in 1896 on the core belief in the potential of every person no matter the
circumstance. At VOALA it is our job to make sure that potential is realized. We
retain the essence of our founders' legacy with a broad scope of support and
services for all – regardless of race, gender, age, or religious preference.
VOALA also has a myriad of programs that help disadvantaged youth of all ages. Mr.
Semprevivo would be an incredible asset helping us with the development and
implementation of our life skills program for both high school and at-risk youth we
are working with. His specific role would be a newly created position as program
director for Economic Literacy. This role would specifically address youth in our
Upward Bound and At-Risk Youth programs.

Volunteers of America of Los Angeles operates one of the largest Upward Bound
programs in the US. We were initially funded by the Department of Education in
1971 and have continuously expanded into inner city schools operated by the Los
Angeles Unified School District. We target low achieving high potential high school
students who will be the first in their family to attend college. It is both a dropout
prevention and post-secondary education success program. Upward Bound
program provides fundamental support and preparation for college. The program
serves more than 500 students annually from low-income families and/or high
school students from families in which neither parent holds a college degree. The
goal is to increase the rate at which participants complete secondary education and
enroll in and graduate from post-secondary education. Career exploration and
mentoring are also an integral component to assist participants in deciding on
potential college majors and career options.

We also provide college and career planning workshops, a summer program, individualized academic planning and counseling, financial aid advising, scholarship and application assistance, supplemental Saturday instruction and weekly tutoring, as well as college and cultural field trips. (See Attachment #2 for Upward Bound Description)

Additionally, VOALA has a large program centered around at-risk youth. Volunteers of America of Los Angeles provides housing and supportive services for homeless youth including LGBTQ, sexually exploited/sex trafficked kids, runaways and kids that have aged out of foster care and/or were previously incarcerated. The services that we provide to them at this stage in their lives will help move them from the inevitable path of homelessness and incarceration and onto a path of self-sufficiency and self-confidence. Needed services include counseling, advocacy, mental health services, education services, job development, and life skills, all with the vision of getting them back on their feet and ultimately becoming self-sufficient.

Mr. Semprevivo's specific work experience in running and working for financial services institutions as well as his experience in setting up and overseeing a job placement and recruiting firm makes him an expert in the area of economic literacy.  Additionally, his experience and success as a business owner, entrepreneur, and mentor, makes him an ideal person to help us build out and grow our economic literacy program for young people. In this capacity, he will be working directly with our students and youth in several capacities, such as:

Practical Skills Sessions – The program will have specific sessions run by our corporate sponsor, Stephen Semprevivo, and other speakers around core Economic Literacy elements such as The Job Search, Resume Building Skills, Budgeting Process & Tools, Understanding Debt, Money and Taxes, Entrepreneurship, and Business Basics.

Workshops – After each practical skills session, the program will have a workshop where interested students and youth will bring in their specific materials and work on applying what they learn from the sessions. Mr. Semprevivo will have the responsibility as point man, organizing and running these sessions.

One on One Mentorship / Office Hours – In addition to sessions and workshops, students and youth can benefit greatly from individual attention. This will be another critical component of the program.  Having high level mentors like Mr. Semprevivo is critical to guide students towards financial literacy and economic opportunity.  Face to face advisory sessions with participants will lead to greater success.

Social Media / Community – Our young participants are tied to social media and it is a key component of communication with them. Having run a social video business, Mr. Semprevivo's expertise in reaching this audience and creating a community around our program will be invaluable as we build out our social media presence.

I would also like to highlight some of the important work that Mr. Semprevivo has been doing for us around our homelessness initiatives. This work involves our at-risk youth population and our Veteran population.

Homelessness in Los Angeles is a critical issue. HUD reported nearly 60,000 homeless in 2019, however, the actual number could be over twice that. This number has been increasing steadily and traditional solutions have failed to meet the needs of our community (See attachment #3 for details on the situation). Beginning last year, VOALA staff started work on creating a more comprehensive way to meet the needs of struggling Veterans and their families. In short, VOA will begin purchasing factory built accessory dwelling units and placing them in backyards of single-family homes. Installing the two- or three-bedroom units provides construction job training and placement for young Veterans while the new units house Veterans and their families who are at risk of becoming homeless. While creating a stable environment for Veterans and their children, the added value is increasing affordable housing for working families being priced out of renting housing.

The challenge for VOALA is that this innovative social enterprise is a business startup. Our dedicated staff is ill equipped to develop such a comprehensive endeavor without the expertise from others. We are fortunate to have had Stephen Semprevivo approach us at this time. He has the knowledge and experience with startup companies and has already been invaluable in getting the initiative underway. Stephen has developed a clear business plan and business model for the project that will allow us to build a self-sustaining enterprise to meet the needs of our at-risk youth and Veteran families (See Attachment #4 for Executive Summary and Attachment #5 for full Business Plan). Over the next 5 years, it is our goal to build 450 units which will house 1,125 individuals. We will educate and train 3,750 Veterans, adolescents and young adults, with 1,875 of them gaining high wage jobs and careers. The work Mr. Semprevivo has done here has been instrumental in focusing us on goals for the future and helping us hit key milestones in our pilot program. Additionally, he is helping us brand the initiative now named "Constructing Careers" in a way that has allowed us to easily articulate our unique mission to key constituent and government agencies. As a result of the value of his work in marketing, we were most recently presented to members of Los Angeles Mayor Garcetti's office which resulted in broader exposure for our mission. Stephen has also leveraged these marketing materials and his expertise to create a series of direct mail pieces that we are using to bring awareness of our mission to local property owners who can participate in the program.

As with any business start-up, in this case a non-traditional approach to solving social problems, the critical need is testing our approaches and quickly moving in a new direction when the inevitable obstacles are encountered. As we are now in our execution stage, Mr. Semprevivo's background in implementing and building start-ups is critically important to our success. He has been enormously helpful in helping us take our first steps forward in constructing our training facility and developing our curriculum. Mr. Semprevivo is taking a very hands-on approach to the program. He will be working directly with our Transitional Adult Youth and Veteran

populations, evaluating participants who can be successful in the program and then leading education and training sessions. Finally, he will be working with the population to understand the program's effectiveness and opportunities for improvement.  As we continue to move forward, Mr. Semprevivo's background in working with private corporate funding sources is essential to our success, as we do not have that knowledge and experience inhouse.  This is especially the case because the ambition is to create scalability, enabling the project to be replicated nationally, with minor adjustments throughout the VOA service network.

Mr. Semprevivo is highly motivated. He has been working 20 hours per week since early April of this year.  We have great momentum and opportunities with these programs and would like to continue to make progress. In considering Stephen Semprevivo's sentence, I would ask that the Court consider the work he has already done for VOALA in our veterans program, and his commitment to helping establish our Economic Literacy and Constructing Careers program by allowing him to pay his debt to society through serving the disadvantaged community.

Respectfully yours,

Bob Pratt
President
Volunteers of America of Los Angeles

# Stephen Semprevivo – Volunteers of America Attachments

Attachment 1 - VOALA Youth Program //Director of Economic Literacy Involvement

Attachment 2 - VOALA Upward Bound // Director of Economic Literacy Involvement

Attachment 3 - Homeless Crisis in Los Angeles – The Tip of the Iceberg (Written by Stephen Semprevivo)

Attachment 4 - Constructing Careers: Addressing Core Drivers of Los Angeles Homelessness Executive Summary (Written by Stephen Semprevivo)

Attachment 5 – Constructing Careers: Business Plan (21 Pages)
(Written by Stephen Semprevivo)

> Page 1: Cover Sheet
> Page 2: Homelessness is a National Issue Statistics
> Page 3: Los Angeles Homeless Crisis Statistics
> Page 4: Our Mission
> Page 5: Our 5 Year Plan
> Page 6: Economic Factors Driving Homelessness - Problems
> Page 7: Economic Factors Driving Homelessness - Solutions
> Page 8: Constructing Careers – A Sustainable Model
> Page 9: How it Works – We Train Veterans
> Page 10: How it Works – We Train Veterans
> Page 11: How it Works – We Build ADU's
> Page 12: How it Works – A Sustainable Model
> Page 13: How it Works – Veteran Housing
> Page 14: Program Detail – Training Curriculum
> Page 15: Program Detail – Property Owner Profile
> Page 16: Program Details – ADU's For Individual Investors
> Page 17:  Program Details – ADU's For Non-Profits and Agencies
> Page 18: Completed Milestones & Next Steps
> Page 19: Grants Secured
> Page 20: Grants Being Pursued
> Page 21: End Page

Attachment 1: VOALA Youth Programs // Director of Economic Literacy Involvement



programs & services | YOUTH

| CHILDREN | YOUTH | FAMILIES | WOMEN | ADULTS | VETERANS |

## YOUTH

With the help of family, school and community, today's youth has a greater possibility of shifting their own futures to become self-sufficient leaders of tomorrow. Volunteers of America offers support and a wide variety of educational and empowerment services as well as scholarships to help young people in our communities become thriving adults.

### YOUTH EDUCATION

**Upward Bound**

♀ Boyle Heights, Los Angeles, North Hollywood, Pacoima, San Fernando, Westminster

Serving students at Roosevelt High, Dorsey High, Crenshaw High, Washington Preparatory,... **LEARN MORE ❯**

**Educational Talent Search**

♀ Los Angeles and North Hollywood

Providing support and information on all aspects of planning for admission to - and... **LEARN MORE ❯**

### YOUTH EMPOWERMENT

**Homeless Youth Services**

♀ Los Angeles

Volunteers of America of Los Angeles provides housing and supportive services for... **LEARN MORE ❯**

**Gang Reduction Youth Development**

♀ Los Angeles

VOALA operates two GRYD programs that provide a safe, supportive environment where young... **LEARN MORE ❯**

**Women's Care Cottage**

♀ North Hollywood

Women's Care Cottage is an Independent/Transitional living program assisting homeless... **LEARN MORE ❯**

**Positive Alternatives**

♀ South Los Angeles

Offered in schools and community centers throughout South Los Angeles, Positive... **LEARN MORE ❯**

**Mentorship at UCLA**

♀ North Hollywood

This is a unique one-on-one mentoring program that pairs UCLA students with youth... **LEARN MORE ❯**

**Healthy School Meals Advocacy Project**

♀ Boyle Heights

A program for the youth of Boyle Heights and their families to become their own advocates... **LEARN MORE ❯**

Attachment 2: VOALA Upward Bound // Director of Economic Literacy Involvement



## UPWARD BOUND

**Location(s):** Boyle Heights, Los Angeles, North Hollywood, Pacoima, San Fernando, Westminster

Serving students at Roosevelt High, Dorsey High, Crenshaw High, Washington Preparatory, North Hollywood High, San Fernando High, Polytechnic High and Westminster High. Upward Bound provides fundamental support and preparation for college. Serving more than 500 students annually from low-income families and/or high school students from families in which neither parent holds a college degree.

The goal of Upward Bound is to increase the rate at which participants complete secondary education and enroll in and graduate from post-secondary education. We provide after-school academic instruction in core subjects and foreign languages, as well as PSAT, SAT, and ACT test preparation. Career exploration and mentoring are also an integral component to assist participants in deciding on potential college majors and career options.

We also provide college and career planning workshops, a summer program, individualized academic planning and counseling, financial aid advising, scholarship and application assistance, supplemental Saturday instruction and weekly tutoring as well as college and cultural field trips and an alumni program.



**ATTACHMENT #3**


CONSTRUCTING CAREERS

## Homeless Crisis in Los Angeles – The Tip of the Iceberg

Homelessness is a national issue, with 552,830 homeless according to HUD's 2018 survey. California has the highest number in the country - **Los Angeles County homeless exceeds 60,000**. According to homelessness counts between 2010 and 2019, the number of homeless people across Los Angeles County went from 39,000 to over 59,000 – an increase of 42%. Between 2018-2019 an increase of 12%. This increase has become particularly apparent as much of the homeless population are unsheltered and encamped on city streets.





Many factors contributed to such large increases in homelessness. One significant factor is **Los Angeles County's housing supply issues**. With half of Los Angeles County's population designated as renters, The California Housing Partnership (CHP) estimates that L.A. County needs an additional 568,000 affordable housing units in order to meet the demand of its lowest-income renters. This has been problematic for the County due to traditional approaches in developing and providing affordable housing units. The critical issue centers around the building costs as well as the timeframes to build the units.

In addition to low supply, **there is an expanding wage to rent disparity** that has been growing steadily. A 2017 report by the California Housing Partnership found that the median rent in the County has increased by 32% over the past two decades while renter median income decreased by 3% (adjusting for inflation) over the same time period.

Furthermore, the situation is further exasperated by the fact that **there is a large working class of near homeless estimated to be 721,000** by the Los Angeles Homeless Services Authority in 2019. This population is potentially one paycheck or one incident away from homelessness.

The issues that are apparent today as one walks down the street in downtown Los Angeles are just the tip of the iceberg. The combination of a massive population of near homeless, an increasing wage and rent disparity and a massive housing shortage is creating accelerated homelessness that must be addressed by focusing on these core drivers.



**ATTACHMENT #4**



# Constructing Careers: Addressing Core Drivers of Los Angeles Homelessness

*Executive Summary*

Homelessness is a national issue, with 552,830 homeless according to HUD's 2018 annual survey. California has the highest number in the country - Los Angeles County homeless exceeds 60,000. The combination of a **massive population of near homeless**, an **increasing wage and rent disparity** and a **massive housing shortage** is creating accelerated homelessness that must be addressed by focusing on these core drivers.



Constructing Careers which is part of Volunteers of America Los Angeles was created to address the key drivers of homelessness with a unique solution. Our goals over the next 5 years are to build 450 housing units which will



house 1,125 individuals. We will train 3,750 At-Risk Youth (16-24 yrs.) & Veterans with 1,875 of them gaining high wage jobs and careers. Our sustainable model creates specialized in classroom and onsite construction training for At-Risk Youth (16-24 yrs.) & Veterans who are part of LA's massive near homeless population. Our model is facilitated by the recent Accessory Dwelling Units (ADU's) law passed in California. This law allows homeowners to quickly build units up to 1,200 square feet in their back yard by leveraging their current utility connections and build in their back yard

without passageways. Constructing Careers identifies property owners (Individuals, Non-Profits and Government Agencies) that are interested in building ADU's on their land. We sign agreements with these property owners to oversee the construction of their ADU. Meanwhile we train our At-Risk Youth & Veterans in the classroom and then on site at these ADU projects. The result is that we are training Veterans to work full time with our crews or other jobs at a high average wage while building more housing quickly (Atypical unit takes 4-6 months to complete).

One other benefit of this program is that Constructing Careers facilitates our Veteran's ability to rent units we build through Government Section 8 funding.



Constructing Careers' model addresses all three drivers of the housing crisis in Los Angeles effectively with At-Risk Youth & Veterans, however, this model will easily be extrapolated to other populations in additional geographies. We will begin focusing on this expansion once our program in Los Angeles begins to scale.

# CONSTRUCTING CAREERS

## TRAINING, JOBS & CAREERS

## Find Out More
## 262-457-9343





## CLASSROOM TRAINING

Volunteers of America provides veterans with 16 hours of in class training on the foundations of construction. All participants leave the training with OSHA-10 certification and a starter set of tools.



## ON-SITE TRAINING

Next, Volunteers of America provides on-site training to Veterans as they assist in the construction of ADU's through our Housing Crisis Partnership program.



## SUSTAINABLE CAREERS

Our Classroom and On-Site Training lead to on going jobs with Volunteers of America and others on construction sites. Additionally, as Veterans gain skills they build a career and transition to Unions.

Attachment 5



# CONSTRUCTING CAREERS

Train. Work. Build

## BUSINESS PLAN

BY VOALA



Volunteers
of America
LOS ANGELES

# HOMELESSNESS IS A NATIONAL ISSUE

| State | Homeless |
| --- | --- |
| CA | 129,972 |
| NY | 91,897 |
| FL | 31,030 |
| TX | 25,310 |
| WA | 22,304 |
| MA | 20,068 |
| OR | 14,476 |
| PA | 13,512 |
| CO | 10,857 |



## The U.S. Cities With The Most Homeless People

CoCs with the largest number of people experiencing homelessness in 2018*

| | | |
| --- | --- | --- |
| New York City | NY | 78,676 |
| Los Angeles City & County | CA | 49,955 |
| Seattle/King County | WA | 12,112 |
| San Diego City and County | CA | 8,576 |
| San Jose/Santa Clara City & County | CA | 7,254 |
| District of Columbia CoC | DC | 6,904 |
| San Francisco | CA | 6,857 |
| Phoenix, Mesa/Maricopa County | AZ | 6,298 |
| Boston CoC | MA | 6,188 |
| Las Vegas/Clark County CoC | NV | 6,083 |

Total Number Of Homeless Americans In January 2018
552,830

* CoC-Continuums of Care are local planning bodies with coordinate homelessness services in certain areas.
Source: U.S. Department of Housing and Urban Development

Forbes   statista

# LOS ANGELES HOMELESS CRISIS: *BAD AND GETTING WORSE*

 58,936 Homeless (2019)

 721,000 Near Homeless (2019)

 12% Increase in Homeless YOY (2018-2019)

 34% Increase in Homeless since 2016

 Los Angeles the most unaffordable housing market in US





CONSTRUCTING
CAREERS

Train, Work, Build

OUR 5 YEAR PLAN: OVER THE NEXT 5 YEARS IT IS OUR GOAL TO:

BUILD 450 HOUSING UNITS WHICH WILL
HOUSE 1,125 INDIVIDUALS.
WE WILL TRAIN 3,750 AT-RISK YOUTH (16-24 YRS.) & VETERANS
WITH 1,875 OF THEM GAINING HIGH WAGE JOBS AND CAREERS.

5

# ECONOMIC FACTORS DRIVING HOMELESSNESS

## Problems

**Low Relative Wages:** Wages have not kept pace with rental cost

An LA renter earning minimum wage ($13.25/hr) would need to work 79 hours per week to afford rent on a 1-bedroom apartment*

**Large Population of "Near Homeless":** 721,000 LA County households are severely rent-burdened**

1/3 of LA households spend more than 50% of their household income on rent. This population is entering into homelessness at a rapid pace.

**Lack of Housing:** LA needs 516,946 new affordable housing units

To meet the needs of low income renters***

9

# ECONOMIC FACTORS DRIVING HOMELESSNESS

## Solutions

**Low Relative Wages:** Wages have not kept pace with rental cost

Training & higher paying jobs

**Large Population of "Near Homeless":** 721,000 LA County households are severely rent-burdened**

Sustainable careers with higher income potential

**Lack of Housing:** LA needs 516,946 new affordable housing units

More cost-effective housing with shorter build cycles



7



# HOW IT WORKS – WE TRAIN AND PROVIDE JOBS FOR VETERANS IN THE CLASS ROOM AND ON CONSTRUCTION JOB SITES

## Transitional Age Youth (TAY) & Veteran Populations: Initial Target Population

- Large near homeless & homeless 16-24 yr. old TAY population in LA
- Work minded , independent TAY population
- Large near homeless & homeless Veteran population in Los Angeles
- Disciplined and experienced Veteran population

9

# HOW IT WORKS – WE TRAIN AND PROVIDE JOBS FOR AT-RISK YOUTH AND VETERANS IN THE CLASS ROOM AND ON CONSTRUCTION JOB SITES

**Specialized Training**

- Core curriculum of in class training for construction workers.
- On site training at ADU building site.
- Pre apprenticeship programs.

**High Paying Jobs**

- Work with VOALA and others on construction projects.

**Sustainable Careers**

- Skill level increases over time and more opportunities arise.

# HOW IT WORKS – WE BUILD ADU'S

## More Housing - Leveraging State ADU Law

- Thousands of eligible lots in Los Angeles
- No Passageway Required
- Up to 1,200 sqft Detached Unit
- No Parking if ½ from Transit



# HOW IT WORKS – A SUSTAINABLE MODEL



**More Housing**

New housing unit is fully owned by property owner and all rents go to property owner.

**Training, Jobs & Careers**

VOALA manages project, funds specialized class room and on the job training for target population

Constructing Careers by VOALA

ADU Project

Property Owner

Management Fees and Construction Costs Paid to Constructing Careers

All costs and fees associated with projects are paid by property owner

12

# HOW IT WORKS – HOUSING



**Guaranteed Rent**
Government Pays Guaranteed Rent
Under Section 8

**Housing**
VOALA manages property,
services and At-Risk Youth &
Veteran selection

Property Owner

ADU

Property owner pays VOALA to
manage the ADU

Volunteers
of America
LOS ANGELES

VOALA

14

# PROGRAM DETAIL: TRAINING CURRICULUM

## Specific Skills

- Safety
- Concrete Work
- Electrical
- Plumbing
- Framing
- Landscaping
- Computer Lab / Elevations

## Certificates

- OSHA 10
- OSHA 30
- MC3
- Skill Level Achievements
- Attendance & Completion

## PROGRAM DETAIL: PROPERTY OWNER PROFILE

### Individual Investors

- Looking for rental income or a place for family member.

### Churches

- Looking for rental income and management. Looking to build parish.

### Government

- Looking to build affordable housing. Require management.

15

# PROGRAM DETAIL: ADU'S FOR INDIVIDUAL INVESTORS

**Fast, Affordable, Quality!**

- Build to Install Time of 6 Months
- HUD Approved
- Manufactured Home
- Pitched Roof / Stucco
- Neighborhood Comparable



900 SqFt, 3 Bed 2 Bath, $250,000

16

# PROGRAM DETAIL: ADU'S FOR NON PROFITS AND AGENCIES

## ADU Community

- Multiple Units
- Irregular and Unbuildable Lots
- Structured Product: Build, Finance and Managed
- Neighborhood Comparable



17

## COMPLETED MILESTONES

∨ Secured ADU Builder and Manufacturer
Relationships

∨ Completed Pilot Build of 3 ADU's in LA County

∨ Secured Training Facility & Core Staff Members for
Veteran & Transitional Age Youth Training

∨ Built Preliminary In Class Training Models

## NEXT STEPS / USE OF FUNDS

▪ Raise Corporate Funding

▪ Expand Training

▪ Expand Marketing

18

## GRANTS SECURED

- Training: Department of Labor - HVRP: Transportation, Training Stipends and Equipment (Train 250 Vets @ $250 per)

- Training: Department of Labor - IVTP: Transportation, Training Stipends and Equipment (Train 250 Vets @ $250 per)

- Training: Department of Labor - HVRP: Class Instructor Salary ($45,000 in salary - $60,000 with benefits)

- Housing: United Way: Rendering and design ($350,000) - $75K now / $175 upon documentation

- VOALA Funds: Classroom Lease

# GRANTS BEING PURSUED

- Training: Department of Rehab: Programming $ for Training Stipends and Equipment (Train 600 Vets @ $2,000 per)

- Housing: County on Housing Innovation: For 4 ADU's ($1,000,000)



# CONSTRUCTING CAREERS
*Train, Work, Build*



BY VOALA